THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 James R. Wilson, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Abbeville County
James W. Johnson, Jr., Trial Judge
 Wyatt T. Saunders, Jr., Post-Conviction Relief Judge

Memorandum Opinion No. 2004-MO-064
Submitted October 26, 2004  Filed November 8, 2004

AFFIRMED

 
 
 
 Senior Assistant Appellate Defender Wanda H. Haile, of the Office of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Adrianne L. Turner, all of the Office of the Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from an order of the circuit court denying his application for post-conviction relief (PCR) and finding petitioner is entitled to a belated appeal pursuant to White v. State, 263 S.C. 110, 208 S.E.2d 35 (1974).  
We grant the petition for a writ of certiorari and proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).  We affirm pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Rule 401, SCRE; Rule 403, SCRE; State v. Gay, 343 S.C. 543, 541 S.E.2d 541 (2001); State v. Johnson, 338 S.C. 114, 525 S.E.2d 519 (2000); State v. Powers, 331 S.C. 37, 501 S.E.2d 116 (1998).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.